IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAREN DARCY, DC,<br><br>Defendant,<br><br>and<br><br>ISTHMUS PUBLISHING CO.,<br><br>Garnishee Defendant. | Case No. 08-CV-453 |

ORDER DISMISSING GARNISHMENT

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter based on defendant no longer employed by garnishee defendant,

IT IS HEREBY ORDERED that the garnishment be dismissed and the garnishee defendant be released from any further obligation in this case.

Entered this _4th_ day of _February_, 2009.

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB
United States District Judge